DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
KHATARI COLEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHATARI COLEMAN,<br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>Defendant. | Case No. 2:17-CV-01069-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Plaintiff shall have an extension of time of 60 days to file his Motion

for Summary Judgment in response to Defendant's Answer. The current due date for filing

Plaintiff's Motion for Summary Judgment is November 24, 2017. The new due date will be

January 23, 2018.

This extension is requested because the undersigned substituted in as Plaintiff's

Attorney on November 14, 2017, needs more time to adequately prepare and research

Plaintiff's Motion for Summary Judgment (MSJ), has a substantial caseload, including

representation of claimants in nine Social Security administrative hearing cases scheduled

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR
SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 2:17-CV-01069-EFB

1

between now and January 18, 2018, and administrative duties as an office project coordinator. Plaintiff sincerely apologizes to the Court and to Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 11/14/17                    /s/Donald H. Medearis
                                   Attorney for
                                   KHATARI COLEMAN
                                   Plaintiff


Dated: 11/14/17                    PHILLIP A. TALBERT
                                   United States Attorney
                                   DEBORAH LEE STACHEL,
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration
                               By: /s/ Asim H. Modi *
                                   (* as authorized by e-mail on 11/14/17)
                                   ASIM H. MODI
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

                                   ORDER

APPROVED AND SO ORDERED.

Dated:  November 16, 2017.

                                   _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE



STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR
SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 2:17-CV-01069-EFB

2