MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KHATARI COLEMAN, | Case No.: 2:17-cv-1069-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 30 days to **March 23, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing the summary judgment motion by February 21, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of

-1-

tasks, including: reviewing the excerpts of record and drafting the Commissioner's answering brief in a Social Security case before the Ninth Circuit; drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; preparing for a hearing in personnel-related litigation pending before the Equal Employment Opportunity Commission (EEOC); completing discovery in personnel-related litigation pending before the EEOC; preparing for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D. Cal. No. 3:15-cv-623-JST).

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *February 13, 2018*  BAY AREA LEGAL AID

By: */s/ Asim H. Modi for Donald Medearis\**
DONALD MEDEARIS
*\*Authorized by email on February 13, 2018*
Attorney for Plaintiff

Date: *February 13, 2018*  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE