MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KHATARI COLEMAN, | Case No.: 2:17-cv-1069-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 7 days to **March 30, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's second request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has leave and workload issues that preclude filing the summary judgment motion by March 23, 2018. In particular, counsel for Defendant will be on leave from March 15 through March 23, 2018, and is

-1-

presently unable to fully review the record and prepare the Commissioner's cross motion for summary judgment before the March 23, 2018, deadline. Furthermore, counsel for Defendant has other pending workload issues that preclude filing the Commissioner's cross motion for summary judgment before the start of his scheduled leave, such as drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit, finalizing discovery and preparing substantive pleadings in personnel-related litigation pending before the Equal Employment Opportunity Commission (EEOC), and preparing for an arbitration proceeding involving the agency and one of the agency's collective bargaining units.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *March 13, 2018*      BAY AREA LEGAL AID

By:   */s/ Asim H. Modi for Donald Medearis\**
      DONALD MEDEARIS
      *\*Authorized by email on March 13, 2018*
      Attorney for Plaintiff

Date: *March 13, 2018*      MCGREGOR W. SCOTT
      United States Attorney
      DEBORAH LEE STACHEL
      Regional Chief Counsel, Region IX
      Social Security Administration

By:   */s/ Asim H. Modi*
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: March 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE