DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
KHATARI COLEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHATARI COLEMAN,<br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:17-CV-01069-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of 25 days to file his Reply in response to Defendant's Cross Motion for Summary Judgment. The current due date for filing Plaintiff's Reply is April 13, 2018. The new due date will be May 8, 2018.

This extension is requested because the Plaintiff's attorney needs more time to adequately review Defendant's Cross Motion for Summary Judgment and write his Reply brief, has a heavy caseload, including another pending Social Security case in the San Francisco Division of the U.S. District Court, for which a Reply brief is currently due April 16, 2018, representation of claimants in two Social Security Administrative Law Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY AND ~~PROPOSED~~ ORDER; CASE NO. 2:17-CV-01069-EFB

1

Hearing cases, also scheduled for April 16, 2018, and the responsibility for writing two sections of a client case funding proposal, the draft of which is also due April 16, 2018. Plaintiff sincerely apologizes to the Court and to the Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 4/3/2018  /s/Donald H. Medearis
Attorney for
KHATARI COLEMAN
Plaintiff

Dated: 4/3/2018  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration
By: /s/ Asim H. Modi *
(* as authorized by e-mail on 04/03/18)
ASIM H. MODI
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: April 4, 2018.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY AND ~~PROPOSED~~ ORDER; CASE NO. 2:17-CV-01069-EFB